# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In Re:  James M. Stuart,                                    )
Attorney at Law, Bar No. 2315                               )
                                                            )        Case No.: 2:17-ms-00020
                                                            )
                                                            )        **ORDER OF SUSPENSION**
                                                            )
                                                            )
                                                            )
                                                            )

On March 2, 2017, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of March 6, 2017.  The Order to Show Cause provided Mr. Stuart with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court.  No response has been received from Mr. Stuart.  Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that James M. Stuart, Nevada State Bar #2315, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this ___10___ day of April, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Court

1

**CERTIFICATE OF SERVICE**

2        Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United

3   States District Court, and that on this  12th day of April, 2017, I caused to be served a true and correct

4   copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt

5   Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

6                James M. Stuart
             2004 Burnham Avenue
7            Las Vegas, NV 89104

8        Certified Mail No.:   7016 2140 0000 1723 3539

9

10                          /s/ Michael Zadina
                          Deputy Clerk
11                         United States District Court,
                          District of Nevada

12

13

14

15

16

17

18

19

20

21

22

23

24

25